IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

IN RE:                                          )
                                                )
**SANITARY AND IMPROVEMENT**         )    CASE NO. BK09-80404
**DISTRICT # 452 OF DOUGLAS**        )
**COUNTY, NEBRASKA,**                )    CHAPTER 9
           Debtor.                   )
_____  )

# APPOINTMENT OF COMMITTEE OF UNSECURED CREDITORS

Pursuant to Sections 1102(a) and 1102(b)(1) of the Bankruptcy Code, which are made applicable by 11 U.S.C. § 901(a), the following creditors of the above-named Debtor being among those holding the largest unsecured claims and who are willing to serve, are appointed to the committee of unsecured creditors:

**Delphin L. Sommerhalder Trust Agreement**
Attn: Delphin L. Sommerhalder, Trustee
8523 Thackery Street, # 9215
Dallas, TX 75225
(469) 547-9062
Fax (469)547-9062
Email: sommerhalderdj@aol.com


**Howard J. Friedman**
26657 Blondo Court
Waterloo, NE 68065
(402) 359-8660
Fax (402) 359-2478
Email: HJRoyal@aol.com


**First Westroads Bank**
Attn: Lynn Bluml, Senior Vice President
15750 West Dodge Road
Omaha, NE 68118
(402) 778-1321
Fax (402) 330-7200
Email: lbluml@fwbk.com

**Diane Bieber Rawicz**
1288 Felder Road
Sonoma, CA 95476
(707) 654-1039
Fax (707) 654-1001
Email: dianeaquarian@gmail.com

Dated this 26th day of March, 2009.

Respectfully Submitted:

Nancy J. Gargula
United States Trustee

Patricia Fahey
Assistant U.S. Trustee

BY:   /s Jerry L. Jensen
      Jerry L. Jensen
      Attorney-Advisor
      Office of the U.S. Trustee
      Roman L. Hruska U.S. Courthouse
      111 S. 18th Plaza, Suite 1148
      Omaha, Nebraska 68102
      Direct (402) 221-4302
      Fax (402) 221-4383
      Email: Jerry.L.Jensen@usdoj.gov

**CERTIFICATE OF SERVICE**

I hereby certify that I filed the above and foregoing with the Clerk of the Bankruptcy Court on March 26, 2009 using the CM/ECF system which sent notification to the following: *Mark J. LaPuzza.*

/ s   Jerry L. Jensen