IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK09-80404 |
| | ) | |
| **SANITARY AND IMPROVEMENT DISTRICT #452 OF DOUGLAS COUNTY, NEBRASKA,** | ) ) ) ) | CHAPTER 9 |
| Debtor. | ) ) | |

## NOTICE OF JOINT MOTION TO EXTEND THE TIME TO FILE THE DEBTOR'S PLAN OF ADJUSTMENT

COMES NOW SANITARY AND IMPROVEMENT DISTRICT #452 OF DOUGLAS COUNTY, NEBRASKA, by and through its attorney of record, and hereby notifies the parties and/or recipients as follows:

1. That on July 13, 2009, Sanitary and Improvement District #452 of Douglas County, Nebraska, with the assent and approval of the Committee of Unsecured Creditors, by and through their counsel of record, filed a Joint Motion to Extend the Time to File the Debtor's Plan of Adjustment (the "Motion").

2. The parties in interest may object to the Motion by filing an objection with the Court.

3. This matter may be presented to the Court by hearing to address any objection filed. Such hearing, if deemed necessary by the Court, will occur on or after August 3, 2009.

4. If no objection is filed, the Court may enter an Order approving the Motion without a hearing.

DATED this 13th day of July, 2009.

SANITARY AND IMPROVEMENT
DISTRICT #452 OF DOUGLAS
COUNTY, NEBRASKA, Debtor

/s/ Mark J. LaPuzza
Mark J. LaPuzza
Pansing Hogan Ernst & Bachman, LLP
10250 Regency Circle, Suite 300
Omaha, Nebraska 68114
(402) 397-5500
mjlbr@pheblaw.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 13th day of July, 2009 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of July 13, 2009 at 1:00 p.m. CDT.

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 13th day of July, 2009, to the following:

William L. Biggs

Patricia Fahey

Jerry L. Jensen

/s/ Mark J. LaPuzza