UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. BK09-80404 |
| | ) | |
| SANITARY AND IMPROVEMENT | ) | CHAPTER 9 |
| DISTRICT #452 OF DOUGLAS | ) | |
| COUNTY, NEBRASKA, | ) | |
| | ) | |
| Debtor. | ) | |

## JOINT APPLICATION FOR PAYMENT OF ADMINISTRATIVE EXPENSES

Sanitary and Improvement District #452 of Douglas County, Nebraska, Debtor-in-possession, and the Committee of Unsecured Creditors, by and through their attorneys of record, hereby make this Application for payment of expenses related to the administration of the estate in these pleadings.

Sanitary and Improvement District #452 of Douglas County, Nebraska, Debtor-in-possession, and the Committee of Unsecured Creditors, by and through their attorneys of record, hereby make this Application for payment of expenses related to the administration of the estate in these pleadings.

Necessary costs and expenses of preserving the estate through September 8, 2009, allowable under the terms of 11 U.S.C. §503(b)(1)(A) in the total amount of Thirty-Five Thousand Three Hundred Sixty-Seven and 80/100 Dollars ($35,367.80), summarized as follows:

| Provider | Amount |
|---|---|
| First National Bank of Omaha | $ 700.00 |
| Gross & Welch, P.C., L.L.O. | $ 3,749.65 |
| Gross & Welch, P.C., L.L.O. | $ 608.24 |
| Pansing Hogan Ernst & Bachman LLP | $19,639.78 |
| Infinity CPA Group, LLC | $ 133.50 |
| UNICO Insurance Group d/b/a Greco Insurance Agency | $ 250.00 |
| Pansing Hogan Ernst & Bachman LLP | $ 7,647.30 |
| OPPD | $ 2,639.33 |
| **Total** | **$35,367.80** |

Attached to this Application are all necessary receipts and vouchers supporting the professional expenses of the Debtor and the Committee of Unsecured Creditors as invoiced by Pansing Hogan Ernst & Bachman LLP and Gross & Welch, P.C., L.L.O.

Therefore, Sanitary and Improvement District #452 of Douglas County, Nebraska and the Committee of Unsecured Creditors ask that this Court allow as administrative expenses in these proceedings payment in the total amount of Thirty-Five Thousand Three Hundred Sixty-Seven and 80/100 Dollars ($35,367.80), as set forth above.

Dated this 3rd day of November, 2009.

SANITARY AND IMPROVEMENT
DISTRICT #452 OF DOUGLAS
COUNTY, NEBRASKA

By /s/ Mark J. LaPuzza
    Mark J. LaPuzza #22677
    Pansing Hogan Ernst Bachman LLP
    10250 Regency Circle, Suite 300
    Omaha, NE 68114
    (402) 397-5500
    Fax : (402) 397-4853
    Email: mjlbr@pheblaw.com
ITS ATTORNEY

COMMITTEE OF UNSECURED CREDITORS,

By /s/ William L. Biggs
    William L. Biggs, #10317
    GROSS & WELCH, P.C., L.L.O.
    2120 South 72nd Street, Suite 1500
    Omaha, NE  68124
    (402) 392-1500
    (402) 392-1538 (fax)
    Email – bbiggs@grosswelch.com
ITS ATTORNEY

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was forwarded by United States Mail, postage paid, this 3rd day of November, 2009 to all parties listed on the Label Matrix for local noticing provided on CM/ECF as of November 3, 2009 at 12:15 p.m. CDT.

The undersigned hereby certifies that a true and correct copy of the foregoing was e-mailed via the CM/ECF system this 5th day of November, 2009, to the following:

William L. Biggs

Patricia Fahey

Jerry L. Jensen


/s/ Mark J. LaPuzza

**First National Bank**

Omaha

1620 Dodge Street, Stop 1080 Omaha, Nebraska 68197

**(402) 341-0500**

## WEALTH MANAGEMENT GROUP - TRUST DIVISION

## INVOICE

Douglas County, NE SID No. 452
c/o Dennis P. Hogan, III, Attorney-at-Law
Pansing Hogan Ernst & Bachman
10250 Regency Circle Suite 300
Omaha, NE 68114-3728

Invoice Date: June 26, 2009

**Fee is due within 30 days of
Invoice Date**

---

Paying Agent Annual Fee for the period ending
June 30, 2009 for the following issue:

| | |
|---|---|
| Series 2004 | $700.00 |
| **TOTAL AMOUNT DUE:** | **$700.00** |

Please call Charleen Anderson at 633-3386 if you have any questions
Keep one copy for your records and return the other with your payment.

Mail payment to:

First National Bank of Omaha
Attn: Charleen Anderson
Wealth Management Group-Trust Division
1620 Dodge Street
Omaha, NE 68197-1080



WILLIAM L. BIGGS

Gross & Welch, P.C., L.L.O.

1500 Omaha Tower

2120 South 72nd Street

Omaha, NE  68124-2342

Phone    (402) 392-1500

Cell      (402) 679-5758

Fax      (402) 392-1538

bbiggs@grosswelch.com

July 24, 2009

mlapuzza@pheblaw.com
Mark J. LaPuzza
Pansing, Hogan, Ernst & Bachman
10250 Regency Circle, Suite 300
Omaha, NE  68114-3728

Re:    SID #452

Dear Mark:

We billed our time for SID #452 through the end of June.  I am submitting that for consideration by the board when it next meets.

Please call if you have any questions.

Very truly yours,

William L. Biggs

WLB/cms
Enclosure

10755-1/619975

OFFICE
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124-2342
www.grosswelch.com
Phone  (402) 392-1500
Fax      (402) 392-1538

William J. Dunn
Thomas A. Grennan
Joseph L. Leahy, Jr.
John W. Iliff
Michael J. Mooney
Christopher J. Tjaden
Ronald L. Eggers

Frederick D. Stehlik
Michael J. Whaley
James P. Waldron
John A. Svoboda
William L. Biggs
William J. Lindsay, Jr.
Francie C. Riedmann
G. William Smits

Michael W. Pirtle
Robert A. Mooney
Sheryl L. Lohaus
Elizabeth M. Callaghan
Jennifer R. Petersen
Daniel P. Lenaghan
Bryan J. Roberts

OF COUNSEL
Charles E. Benish
RETIRED
Eugene P. Welch
DECEASED
Daniel J. Gross
Harry L. Welch
Harold W. Kauffman

MEMBER: LEGAL NETLINK ALLIANCE
AN INTERNATIONAL ALLIANCE OF INDEPENDENT LAW FIRMS



**Gross & Welch** PC, L.L.O.
Attorneys at Law • Est. 1927

1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
(866) 503-9304
www.grosswelch.com

Official Committee Of Unsecured Creditors
Attn: Howard J Friedman
Committee Chairman
26657 Blondo Court
Waterloo, NE 68065

# INVOICE

**July 15, 2009**
**Invoice 127450**

Regarding:   Chapter 9 Bankruptcy Of Sid #452 Of Douglas County, Ne
File Number:  10755-000001
Contact:     Biggs, William L.

**For Services Rendered Through  June 30, 2009**

| | |
|---|---|
| Current Fees | 3,735.00 |
| Current Disbursements | 14.65 |
| Total Current Charges | 3,749.65 |
| Advanced Deposit Applied | -0.00 |
| **Total Due** | **3,749.65** |

| Aged Accounts Receivable | | | | |
|---|---|---|---|---|
| 0-30 | 31-60 | 61-90 | 91+ | Total Due |
| Totals    3,749.65 | 0.00 | 0.00 | 0.00 | 3,749.65 |

Attorney-Client Privileged Communication

### Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| Official Committee Of Unsecured Creditors | July 15, 2009 |
| Re: Chapter 9 Bankruptcy Of Sid #452 Of Doug | Invoice 127450 |
| File Number 10755-000001 - WLB | Page 2 |

**Fees**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/26/09 | WLB | Receive and review note from CMS re call from Del Sommerhalder and calendar for follow up. | 0.10 |
| 03/31/09 | WLB | Call for and confer with Del Sommerhalder and advise re representation of District 452 (0.3); call for and leave a message for Jerry Jensen and request a call back (0.1); receive and review an email from Jensen re filing of the case (0.1); consult with CMS re documents and forwarding the same to Sommerhalder for his information (0.3); draft and send a letter to Sommerhalder with copies of the documents (0.2). | 1.00 |
| 04/01/09 | WLB | Call for and confer with Del Sommerhalder re District 452. | 0.30 |
| 04/02/09 | WLB | Call for and leave a message for Del Sommerhalder (0.1); draft and send a note to Del re follow up contact by our office with the committee with his concurrence (0.3). | 0.40 |
| 04/03/09 | WLB | Draft and send a letter to the committee of unsecured creditors in District #452 regarding the recommendation by Sommerhalder, the contact with the US Trustee's office; and the discussion with Mark LaPuzza regarding the publication (0.5); consult with CMS re Mark LaPuzza (0.1); consult with CMS re acknowledgment of approval by each of the members of the committee of unsecured creditors for our employment as counsel (0.1); call for and confer with Mark LaPuzza re our representation of the committee and follow up handling with the documents on Monday (0.3); receive and review indication from Precious that there were no conflicts in representing District #452 (0.1). | 1.10 |
| 04/06/09 | WLB | Draft, review, finalize and forward the application for employment of our firm as counsel for the committee of unsecured creditors in District 452 (0.5); receive and review filings to date in District 452 case (0.4); draft and send the application to Howard for signature and advise re signing and returning the same (0.3); receive and review response from Friedman (0.1); note the application as filed (0.1). | 1.40 |
| 04/08/09 | WLB | Receive and review the order entered approving the employment of our firm as counsel in District 452 (0.1); draft and send a letter to Mark LaPuzza and suggest a meeting next week; include a copy of the order regarding the appointment (0.3). | 0.40 |
| 04/09/09 | WLB | Call for and leave a message for Jerry Jensen (0.1); consult re need for meeting with Mark LaPuzza and discuss with CMS a meeting at 3:00 p.m. on Tuesday with Mark at his office (0.2). | 0.30 |
| 04/14/09 | WLB | Meet with Mark LaPuzza at his office and review in detail the background of District #452, the reason for the filing, the alternatives available to the debtor and the committee, the possibility of a plan with reduced payments to the warrant and bond holders and contacts needed with the land owner holding the balance of the undeveloped property; look at the tax basis, the effect of the development of one of the lots and so forth; advise re follow up contact with landowner through the agent in Chicago, the use of a realtor and so forth. | 2.50 |
| 04/15/09 | WLB | Call for and confer at length with Mark Bresley re possible involvement and contact needed with the owner of the remaining commercial property in the district (0.4); draft and send a letter to the committee to bring them up to date on the meeting with LaPuzza with a contact with Bresley and the options available (1.0); draft and send a follow up letter to Mark LaPuzza and advise (0.3). | 1.70 |

### Gross & Welch, P.C., L.L.O.

| | | | |
|---|---|---|---|
| Official Committee Of Unsecured Creditors | | | July 15, 2009 |
| Re: Chapter 9 Bankruptcy Of Sid #452 Of Doug | | | Invoice  127450 |
| File Number 10755-000001 - WLB | | | Page 3 |

| Date | Atty | Description | Hours |
|------|------|-------------|-------|
| 04/20/09 | WLB | Voice mail from Mark LaPuzza and calendar for follow up (0.1); confer with Mark (2) at length and discuss the options available, the handling of the plan, the material developed by Mark Bresley and so forth; request the opportunity to discuss all of this with John Kuehl (0.6). | 0.70 |
| 04/21/09 | WLB | Draft and send extensive letter to Mark LaPuzza re discussion Mark Bresley had with the owner of the remaining unsold property in the district (0.4); receive and review an email from Mark LaPuzza and calendar the matter for follow up for a conference call with John Kuehl to discuss the elements of a plan (0.2). | 0.60 |
| 04/23/09 | WLB | Receive and review an email from John Kuehl suggesting that he would be available for a meeting on Monday on the structure of the plan (0.1); receive and review a follow up email from Mark LaPuzza that either day would work on his schedule; suggesting a meeting at his office (0.2). | 0.30 |
| 04/27/09 | WLB | Consult with CMS re the meeting with Kuehl and Mark LaPuzza; discuss the meeting now set for 1:00 p.m. on Tuesday. | 0.20 |
| 04/28/09 | WLB | Receive and review email from Mark LaPuzza with a copy of the joint motion to authorize the debtor not to publish in the Wall Street Journal (0.3); draft and send a note to Karen at LaPuzza's office and advise that we would sign the joint motion at the meeting this afternoon (0.3); meet with Kuehl and LaPuzza; discuss in detail the current status of the district and the options available to allow for limited payments immediately to the bondholders and payments over time of the entire amount of the indebtedness due the bondholders as well as the warrant holders; look at various options and return to the office (1.5); receive and review a note from John Kuehl re specials levied against the property (0.3). | 2.40 |
| 04/29/09 | WLB | Receive and review an email from John Kuehl outlining an interest payment due on the bonds and offering suggestions re handling of same. | 0.20 |
| 05/04/09 | WLB | Receive and review a proof of claim filed in SID #452. | 0.10 |
| 05/05/09 | WLB | Voice mail message from Mark LaPuzza and call for Mark and leave a voice mail and request a call back. | 0.10 |
| 05/13/09 | WLB | Work on and complete an engagement letter to be signed by Howard Friedman as chairman of the committee to authorize the employment of the Gross & Welch firm as counsel for the committee of unsecured creditors (0.5); forward the engagement letter to Howard with a cover letter and request that he sign and return the same (0.3). | 0.80 |
| 05/18/09 | WLB | Receive and review the signed engagement letter and consult with CMS re filing of same. | 0.10 |
| 05/22/09 | WLB | Receive copies of documents from Mark LaPuzza concerning an application to pay certain bond claimants to keep the payments current; note request for review and signature. | 0.30 |
| 05/27/09 | WLB | Sign and return the stipulation and agreement to present to the Court to allow for the payment of the bond payments. | 0.30 |
| 05/28/09 | WLB | Receive and review an email from the court with the filing of the stipulation and request for authority to pay the bond payments. | 0.20 |
| 05/29/09 | CMS | Letter to the creditors committee transmitting the Stipulation for Payment of Bond Expense and the Order approving same. | 0.30 |

Attorney-Client Privileged Communication

### Gross & Welch, P.C., L.L.O.

| Official Committee Of Unsecured Creditors | July 15, 2009 |
|---|---|
| Re: Chapter 9 Bankruptcy Of Sid #452 Of Doug | Invoice 127450 |
| File Number 10755-000001 - WLB | Page 4 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/30/09 | WLB | Receive and review the order approving the stipulation in District 452 (0.1); consult with CMS re letter and forwarding copy to the committee (0.2). | 0.30 |
| 06/11/09 | WLB | Voice mail message from Mark LaPuzza and calendar for follow up with Mark. | 0.10 |
| 06/15/09 | WLB | Confer with Mark LaPuzza and discuss the time limits and the need to file a motion for extension of time to file a plan in District 452; agree to sign the stipulation regarding the same. | 0.20 |
| 06/29/09 | WLB | Receive and review an email from a member of the committee (Rawiocz) requesting a status report (0.1); draft and send a note to Mark LaPuzza and request an updated status report on where he is with payment of the bonds (0.3). | 0.40 |

| | Total Hours | 16.80 |
|---|---|---|

#### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| William L. Biggs | Shareholder | 16.50 | 225.00 | 3,712.50 |
| Cheryl M. Snyder | Legal Assistant | 0.30 | 75.00 | 22.50 |
| | Total Fees | 16.80 | | 3,735.00 |

#### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Scanned Document | 1.40 |
| | Online Research | 8.60 |
| | Long Distance Telephone | 0.15 |
| 05/15/09 | Travel-Local;Mileage LaPuzza's office for meeting 4/14/09 ;William L. Biggs | 4.35 |
| | Photocopy | 0.15 |
| | **Total Disbursements** | **14.65** |
| | Total Fees & Disbursements | 3,749.65 |
| | Total Current Charges | 3,749.65 |
| | Total Amount Due | 3,749.65 |

9009

Attorney-Client Privileged Communication

# REMITTANCE PAGE

Official Committee Of Unsecured Creditors
Attn: Howard J Friedman
Committee Chairman
26657 Biondo Court
Waterloo, NE 68065

July 15, 2009
Invoice 127450

Regarding:   Chapter 9 Bankruptcy Of Sid #452 Of Douglas County, Ne
File Number:   10755-000001
Contact:   Biggs, William L.

**Please Remit This Page With Payment**

| | |
|---|---:|
| **Total Fees & Disbursements** | 3,749.65 |
| **Total Current Charges** | 3,749.65 |

**Payment Amount**

*Thank you for your business!*

**Please mail payment to:**
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124

**Payment by Credit Card**

*For your convenience, Gross & Welch accepts Visa, MasterCard, and Discover. If you wish to make your payment by credit card, please complete and return in the enclosed envelope or call (402) 392-1500 to pay by phone.*

Card Type:     Visa       MasterCard       Discover

Cardholder Name *(if different from above)* _____

Card Number _____

Exp Date _____ V-Code _____ Billing Zip Code _____

Cardholder Signature_____

127450/10755-000001



WILLIAM L. BIGGS
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124-2342
Phone   (402) 392-1500
Cell     (402) 679-5758
Fax      (402) 392-1538
bbiggs@grosswelch.com

September 3, 2009

Mark J. LaPuzza
Pansing, Hogan, Ernst & Bachman
10250 Regency Circle, Suite 300
Omaha, NE 68114-3728

      Re:   SID #452

Dear Mark:

     Cheri indicated that she had spoken with you concerning a statement for services rendered to date on District 452. I am enclosing that statement through the month of August. Give me a call if you have any questions.

           Very truly yours,

           William L. Biggs

WLB/cms
Enclosure

10755-1/625633

**OFFICE**
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124-2342
www.grosswelch.com
Phone   (402) 392-1500
Fax      (402) 392-1538

William J. Dunn
Thomas A. Grennan
Joseph L. Leahy, Jr.
John W. Iliff
Michael J. Mooney
Christopher J. Tjaden
Ronald L. Eggers

Frederick D. Stehlik
Michael J. Whaley
James P. Waldron
John A. Svoboda
William L. Biggs
William J. Lindsay, Jr.
Francie C. Riedmann
G. William Smits

Michael W. Pirtle
Robert A. Mooney
Sheryl L. Lohaus
Elizabeth M. Callaghan
Jennifer R. Petersen
Daniel P. Lenaghan
Bryan J. Roberts

OF COUNSEL
Charles E. Beaish
RETIRED
Eugene P. Welch
DECEASED
Daniel J. Gross
Harry L. Welch
Harold W. Kauffman

MEMBER: LEGAL NETLINK ALLIANCE
AN INTERNATIONAL ALLIANCE OF INDEPENDENT LAW FIRMS



1500 Omaha Tower
2120 South 72nd Street
Omaha, Nebraska 68124
(402) 392-1500
(866) 503-9304
www.grosswelch.com

**INVOICE**

Official Committee Of Unsecured Creditors
Attn: Howard J Friedman
Committee Chairman
26657 Biondo Court
Waterloo, NE 68065

**September 2, 2009**
**Invoice 128706**

Regarding:  Chapter 9 Bankruptcy Of Sid #452 Of Douglas County, Ne
File Number:  10755-000001
Contact:  Biggs, William L.

**For Services Rendered Through  August 31, 2009**

| | |
|---|---:|
| Balance Forward | 3,749.65 |
| Current Fees | 607.50 |
| Current Disbursements | 0.74 |
| Total Current Charges | 608.24 |
| Less Retainer/Adv. Deposit Applied | -0.00 |
| **Total Due** | **4,357.89** |

| | Aged Accounts Receivable | | | | |
|---|---|---|---|---|---|
| | 0-30 | 31-60 | 61-90 | 91+ | Total Due |
| Totals | 608.24 | 3,749.65 | 0.00 | 0.00 | 4,357.89 |

## Gross & Welch, P.C., L.L.O.

| | |
|---|---|
| Official Committee Of Unsecured Creditors | September 2, 2009 |
| Re: Chapter 9 Bankruptcy Of Sid #452 Of Doug | Invoice 128706 |
| File Number 10755-000001 - WLB | Page 2 |

### Fees

| Date | Atty | Description | Hours |
|---|---|---|---|
| 07/01/09 | WLB | Draft and send a letter to Diane Rawicz in response to her request for information on the payments on the application and order entered regarding the payments to the bondholders (0.3) draft and send a letter to the committee with a copy of documents received from Mark LaPuzza (0.5); call for and leave a message for Mark; confer with Mark re the timing of the payments (0.3); call for and leave a message for John Kuehl re payments made (0.1); receive and review correspondence from Diane Rawicz (0.2). | 1.40 |
| 07/01/09 | WLB | Receive and review correspondence from Karen Rodis re motion to extend the deadline for filing plan; calendar for follow up. | 0.30 |
| 07/09/09 | WLB | Receive a note from CMS indicating that she had forwarded to Mark LaPuzza the motion to extend the time in District 452. | 0.10 |
| 07/13/09 | WLB | Receive and review an email from John Kuehl (0.1); receive and review copy of joint motion to extend the time (0.1); receive and review a copy of the 9013 notice given by the court (0.1). | 0.30 |
| 07/24/09 | WLB | Draft and send a letter to Mark LaPuzza with a copy of the statement for services rendered through the end of June. | 0.30 |
| 08/05/09 | WLB | Receive and review the order granting the extension of time to file a plan in District 452 to September 30; calendar for follow up with the creditors. | 0.20 |
| 08/31/09 | WLB | Consult with CMS re meeting with Mark LaPuzza; consult again and note the meeting set for Thursday. | 0.10 |
| | | **Total Hours** | **2.70** |

### Fee Recap

| | | Hours | Rate/Hour | Amount |
|---|---|---|---|---|
| William L. Biggs | Shareholder | 2.70 | 225.00 | 607.50 |
| | **Total Fees** | **2.70** | | **607.50** |

### Disbursements

| Date | Description | Amount |
|---|---|---|
| | Photocopy | 0.30 |
| | Postage | 0.44 |
| | **Total Disbursements** | **0.74** |
| | **Total Fees & Disbursements** | **608.24** |
| | **Total Current Charges** | **608.24** |
| | Balance Forward | 3,749.65 |
| | **Total Amount Due** | **4,357.89** |

9009

Attorney-Client Privileged Communication

## REMITTANCE PAGE

Official Committee Of Unsecured Creditors
Attn: Howard J Friedman
Committee Chairman
26657 Blondo Court
Waterloo, NE 68065

September 2, 2009
Invoice 128706

Regarding:    Chapter 9 Bankruptcy Of Sid #452 Of Douglas County, Ne
File Number:   10755-000001
Contact:        Biggs, William L.

### Please Remit This Page With Payment

| | |
|---|---|
| Total Fees & Disbursements | 608.24 |
| Total Current Charges | 608.24 |
| Balance Forward | 3,749.65 |
| Total Amount Due | 4,357.89 |

Payment Amount

*Thank you for your business!*

Please mail payment to:
Gross & Welch, P.C., L.L.O.
1500 Omaha Tower
2120 South 72nd Street
Omaha, NE 68124

### Payment by Credit Card

*For your convenience, Gross & Welch accepts Visa, MasterCard, and Discover. If you wish to make your payment by credit card, please complete and return in the enclosed envelope or call (402) 392-1500 to pay by phone.*

Card Type:        Visa        MasterCard        Discover

Cardholder Name *(if different from above)* _____

Card Number _____

Exp Date _____ V-Code _____ Billing Zip Code _____

Cardholder Signature_____

128706\10755-000001

THE LAW OFFICES OF

Pansing
Hogan &
Ernst
Bachman LLP

10250 Regency Circle, Suite 300
Omaha, Nebraska 68114-3728
Telephone (402) 397-5500
Fax (402) 397-4853
www.pheblaw.com

FED. I.D. NO. 47-0391049

```
                                                   Page: 1
     S.I.D. #452, Douglas County                   09/04/09
     10250 Regency Circle #300          ACCOUNT NO. 11906-004X
     Omaha  NE  68114-3773                                 1
```

Bankruptcy

12/03/08  Research initial requirements of Chapter 9
          bankruptcy petition.  Draft consent of trustees
          authorizing filing.

12/05/08  Review email and financial information regarding
          SID current finances.  Review Nebraska statutes
          regarding bond repayment principles.

12/09/08  Review materials from fiscal agent.  Confer with
          J. Kuehl regarding status, bond modification,
          classes of creditors.

12/15/08  Confer with D. Hogan regarding meeting of Board
          of Trustees.  Confer with J. Kuehl regarding
          bankruptcy.

12/16/08  Review creditor matrix as currently completed.
          Confer with staff regarding preparation and
          filing of petition, classification of creditors.
          Confer with D. Hogan regarding the same.  Confer
          with J. Kuehl regarding meeting.

12/17/08  Review file materials regarding budgets,
          creditors.

12/18/08  Confer with D. Hogan and J. Kuehl regarding
          district history relevant to case filing, mailing
          to bondholders.  Review relevant code provisions
          regarding multiple classes of creditors, multiple
          committees.

12/23/08  Confer with D. Hogan regarding SID meeting to
          approve bankruptcy resolution.  Finalize the

Page: 2
S.I.D. #452, Douglas County                              09/04/09
                                        ACCOUNT NO. 11906-004X
                                                              1

Bankruptcy


          same.  Review local rules regarding "first day"
          pleadings and forms.

12/29/08  Prepare for and attend meeting of board of
          trustees; review schedule of warrant holders as
          prepared; confer with DPH re: filing timeline.

12/30/08  Work on coordinating with staff re: data entry
          for bankruptcy filings.

01/06/09  Review bankruptcy materials prepared by staff,
          review materials provided by fiscal agent; confer
          with DPH re: filing.

01/07/09  Confer with J. Kuehl re: bankruptcy, additional
          materials needed for filing; confer with staff
          re: filing coordination.

01/09/09  Review additional creditor information;
          coordinate with staff re: filing procedures,
          timeline.

02/04/09  Work on coordinating with staff re: creditor
          listings, initial pleadings, filing timeline,
          review local rules re: publication of notice.

02/05/09  Review federal rules, draft 8th circuit petition
          for assignment of judge.

02/06/09  Confer with staff re: funds on deposit with
          county treasurer, review schedules; confer with
          J.Kuehl re: same, case filing; review and revise
          schedules, initial pleadings.

02/13/09  Revise first-day pleadings, research re: required
          secondary pleadings.

02/17/09  Review, finalize all initial filings; coordinate
          with staff re: execution and filing.

Page: 3
09/04/09
ACCOUNT NO. 11906-004X
1

S.I.D. #452, Douglas County

Bankruptcy


02/19/09 Review pleadings, certifications prior to
         execution by board chair.

02/20/09 Meet with chairman to review, execute required
         bankruptcy pleadings and certifications.

02/24/09 Finalize and file bankruptcy petition and related
         pleadings.

02/25/09 Confer with staff regarding filing deficiency,
         confer with J. Kuehl regarding petition.

03/04/09 Review court order regarding notice, publication,
         confer with D. Hogan regarding same.  Confer with
         staff regarding same.

03/09/09 Meet with D. Hogan, John Kuehl regarding
         proposals for plan of adjustment, financials for
         District, expected creditor management and
         committees.

03/17/09 Prepare creditor matrix, run labels, prepare
         notices for mailing.
         Prepare Notice for publications, telephone
         discussions with Wall Street Journal, Omaha World
         Herald and Lincoln Journal Star. Email each
         newspaper with Notice requesting quotes.
         Review initial notices for filing and
         publication, briefly review notice materials
         prepared by staff. Research and review applicable
         code sections, notice in similar case.

03/19/09 Continue review of Chapter 9 filings and notices
         from outside jurisdictions.

03/24/09 Confer with staff regarding notices and
         publication. Review correspondence related to
         same.

03/27/09 Review most recent court order, creditor matrix,
         confer with J. Kuehl regarding appointment of

Page: 4
09/04/09

S.I.D. #452, Douglas County

ACCOUNT NO. 11906-004X
1

Bankruptcy

            committee.

03/31/09  Confer with J. Kuehl regarding publications
          requirements, creditor's committee. Review
          correspondence regarding same.

04/01/09  Confer with J. Kuehl, confer with D. Hogan
          regarding creditor's attorney. Draft to B. Biggs
          regarding publication.

04/02/09  Confer with D. Hogan regarding status of
          bankruptcy, publication issues.

04/03/09  Confer with J. Kuehl regarding publication costs
          and court order. Review email correspondence from
          committee members regarding same.

04/07/09  Confer with B. Biggs, J. Hogan, J. Kuehl
          regarding bankruptcy.

04/08/09  Review email correspondence from B. Biggs,
          accompanying pleading, confer with D. Hogan and
          J. Kuehl regarding same. Coordinate with staff
          regarding publications, notices, bankruptcy
          system.

04/09/09  Confer with B. Biggs regarding appointment and
          general District history, coordinate with staff
          regarding system filing requirements.

04/10/09  Coordinate with staff regarding software, online
          system, notices and requirements, research
          Chapter 9 cases regarding publication and
          notices.
          Inter Valley - Revise Amendment R rebates.

04/14/09  Prepare information regarding District, tax base,
          debts for creditor's committee counsel. Meet with
          B. Biggs to discuss tax valuation, history of
          District, plan provisions.

S.I.D. #452, Douglas County

Bankruptcy

04/15/09   Confer with D. Hogan regarding meeting with B.
           Biggs, plans to investigate status of lot sales.
           Confer with J. Kuehl regarding same. Review
           correspondence from B. Biggs.

04/17/09   Coordinate with staff regarding file management
           and electronic database records. Review materials
           as prepared.

04/20/09   Confer with B. Biggs regarding District property
           values and taxes. Confer with J. Kuehl regarding
           same.

04/21/09   Review correspondence from B. Biggs regarding
           property sale price, coordinate with staff
           regarding mailing of notices.

04/22/09   Confer with D. Hogan regarding status. Review
           file materials regarding publication, draft
           motion to limit publication.

04/23/09   Revise Motion, draft notice materials, review
           filing procedures with staff, confer with fiscal
           agent, B. Biggs regarding case generally. Review
           available information regarding tax income from
           unimproved lots.

04/27/09   Coordinate with staff regarding mailings and
           filings.  Confer with J. Kuehl regarding meeting
           to discuss status. Draft notice, outline
           procedure for staff.

04/28/09   Review publication proof and order, prepare for
           and meet with B. biggs, fiscal agent regarding
           status of taxes, bond. Review tax statements for
           unpaid special assessments.
           Letter with Notice to The Omaha World Herald for
           publication; letter with Notice to The Lincoln
           Journal Star for publication.

```
                                                        Page: 6
        S.I.D. #452, Douglas County                     09/04/09
                                            ACCOUNT NO. 11906-004X
                                                        1

        Bankruptcy
```

04/29/09 Review status report provided to investor by
         fiscal agent.

04/30/09 Confer with staff regarding pleadings.

05/12/09 Confer with staff regarding timeline for filing
         pleadings, plan documentation, review proof of
         claim, scheduled claim amount.

05/13/09 Confer with D. Hogan regarding Plan of
         Adjustment, interim payment concerns, notices.
         Review file materials and corporate information
         regarding property owners in District. Review
         limitations on tax rates.

05/14/09 Confer with J. Kuehl regarding June bond payment.
         Review information provided, confer regarding
         same. Begin drafting stipulation.

05/17/09 Continue research regarding property owner,
         marketing of property.

05/18/09 Coordinate with staff regarding stipulation,
         status of publications.

05/19/09 Coordinate with staff regarding organization of
         file materials, communication procedure.

05/20/09 Review, revise bond stipulation. Review detail of
         bond payments.

05/22/09 Coordinate notice matters with staff, correspond
         with B. Biggs regarding bond stipulation, review
         additional information regarding property owners.

05/27/09 Review executed bond stipulation, review prior
         filings, coordinate with staff regarding same,
         payment information.

05/28/09 Coordinate with staff regarding pleadings,
         electronic filing, mailed notices. Confer with M.

```
                                                           Page:  7
       S.I.D. #452, Douglas County                        09/04/09
                                                ACCOUNT NO. 11906-004X
                                                                  1

       Bankruptcy


           Erixon regarding updated creditor matrix
           information. Confer with staff regarding same.
           Coordinate mailing of Stipulation for Payment of
           Bond Expense to all creditors.

05/30/09  Begin drafting plan of adjustment.

06/03/09  Review order entered regarding stipulation among
          parties regarding bond payment, confer with staff
          regarding contact with fiscal agent, First
          National Bank regarding same.

06/04/09  Review court order, confer with D. Hogan
          regarding same, confer with J. Kuehl and forward
          order.

06/08/09  Confer with J. Kuehl regarding bond payment,
          review timeline for plan proposal.

06/16/09  Draft motion to extend time to file plan, 9013
          notice.

06/18/09  Revise motion to extend plan filing.

07/10/09  Review recent activity in Chapter 9 case.

07/13/09  Finalize and coordinate mailing and filing of
          motion to extend, notice of hearing.

07/17/09  Continue drafting initial plan documentation.

07/18/09  Continue drafting plan documentation and research
          requirements for notice to property owners.

07/27/09  Review correspondence from attorney for
          creditor's committee, confer with staff regarding
          SID meeting scheduling and budgeting.

08/11/09  Confer with staff regarding budgets, bills
          requiring approval and submission to the court,
          begin review of same.
```

```
                                                         Page: 8
         S.I.D. #452, Douglas County                    09/04/09
                                          ACCOUNT NO. 11906-004X
                                                              1

     Bankruptcy


08/25/09 Continue drafting plan outline, confer with staff
         regarding meeting and bills.

         FOR CURRENT SERVICES RENDERED THRU 8/31/09        14,146.00

01/27/09 Continuation Certificate                              20.00
02/24/09 Bankruptcy Filing                                    839.00
02/25/09 Bankruptcy Filing                                    200.00
04/16/09 Pacer Online Research                                  9.68
04/16/09 Pacer Online Research                                  6.40
04/30/09 Postage                                               15.12
05/28/09 Publication - Lincoln Journal Star                   255.04
05/29/09 Postage                                               15.40
05/29/09 Photocopies                                           21.00
06/18/09 Publication - Omaha World Herald Public notice      4,058.00
06/30/09 L.D. Calls                                             1.05
07/20/09 Pacer research                                         8.64
07/31/09 L.D. Calls                                             1.05
07/31/09 Photocopies                                           28.00
07/31/09 Postage                                               15.40
                                                           --------
         TOTAL EXPENSES                                      5,493.78

         TOTAL CURRENT STATEMENT                            19,639.78


         BALANCE DUE                                       $19,639.78
                                                           =========
```



# INFINITY
## CPA GROUP, LLC

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/31/2009 | 54 |

14747 California Street #4
Omaha, NE 68154-1986

www.infinitycpagroup.com

Phone #   402-933-5230
Fax #   402-933-6783

| Bill To |
|---------|
| SID #452
c/o Dennis Hogan, III
Pansing, Hogan, Ernst & Bachman, LLP
10250 Regency Circle #300
Omaha, NE 68114-3728 |

| Terms |
|-------|
| |

| Description | Amount |
|-------------|--------|
| Preparation of your yearend payroll tax returns. | 133.50 |

*Thank You! Rhonda*

...ase make checks payable to Infinity CPA Group, LLC.

| **Total** | **$133.50** |

# INVOICE

**Greco Enterprises Inc**

810 Tara Plz
Papillion, NE  68046
(402)339-3237

| Customer | SID 452 c/o Dennis Hogan, Attorney |
|---|---|
| | 3697 |
| Date | 01/08/2009 |
| Customer Service | Sandra Ryks |
| Page | 1 of 1 |

| Payment Information | |
|---|---|
| Invoice Summary | 250.00 |
| Payment Amount | |
| Payment for | Invoice#52720 |
| CGSNEG0319 | |

SID 452 c/o Dennis Hogan, Attorney
10250 Regency Circle
Suite 300
Omaha, NE 68114

**Thank You**

✂ — — — — — — — — — — — — — — —  Please detach and return with payment  — — — — — — — — — — — —

Customer: SID 452 c/o Dennis Hogan, Attorney

| Invoice | Effective | Transaction | Description | Amount |
|---|---|---|---|---|
| 52720 | 02/01/2009 | Renew policy | Policy #CGSNEG0319  02/01/2009-02/01/2010<br>Columbia<br>Renew policy | 250.00 |
| | | | Please send payment for the renewal of your policy. Thank you!<br>Due Date:  2/1/2009 | |

| Total | |
|---|---|
| | 250.00 |

**Thank You**

| Greco Enterprises Inc | (402)339-3237 | Date |
|---|---|---|
| 810 Tara Plz<br>Papillion, NE  68046 | tgreco@grecoinsurance.com | 01/08/2009 |

THE LAW OFFICES OF

**Pansing
Hogan &
Ernst
Bachman** LLP

10250 Regency Circle, Suite 300
Omaha, Nebraska 68114-3728
Telephone (402) 397-5500
Fax (402) 397-4853
www.pheblaw.com

FED. I.D. NO. 47-0391049

Page: 1
09/04/09

S.I.D. #452, Douglas County
10250 Regency Circle #300
Omaha   NE   68114-3773

ACCOUNT NO. 11906-000X
107

Country Club Plaza

12/04/08 Prepare annual SID Statement.

12/11/08 Finalize and forward annual SID Statement to
         Clerk for signature.

12/16/08 Telephone conference with T. Teutsch re: meeting.

12/18/08 Confer with J. Kuehl.
         Correspond with Trustees.  Correspond with Daily
         Record.  Prepare Notice to City.

12/29/08 Confer with client.  Confer with J. Kuehl.
         Telephone conference with Douglas County Register
         of Deeds re: filing annual SID Statement no later
         than December 31.

12/31/08 Research file and prepare Report of Joint Public
         Agency and Interlocal Agreements for July 1, 2007
         through June 30, 2008 to be filed with the State
         Auditor's office by December 31.
         Correspond with State Auditor's office forwarding
         Report of Joint Public Agency and Interlocal
         Agreements for the period July 1, 2007 through
         June 30, 2008.

01/06/09 Confer with client.  Confer with J. Kuehl.
         Telephone conference with M. LaPuzza.
         Prepare opinion letter to auditor.

01/08/09 Confer with J. Kuehl.  Confer with M. LaPuzza.

01/21/09 Correspond with accountant forwarding information
         for IRS Form 1099s.

S.I.D. #452, Douglas County

Country Club Plaza


02/05/09 Telephone conference with J. Adler @ KMA.

02/24/09 Prepare Form 1096 for mailing and forward same.

02/27/09 Correspond with U. S. Census Bureau forwarding
         current financial statement.

03/03/09 Receive e-mail from and to K. Harn @ DAD re:
         called warrant.

03/04/09 Confer with Mark LaPuzza.

03/05/09 Confer with client.  Confer with J. Kuehl and M.
         LaPuzza re: reorganization.

03/12/09 E-mail to engineers for the District re:
         information needed for completion of Exhibit B on
         the mandatory One Call Agreement.

03/25/09 Confer with M. LaPuzza.  Confer with client.

04/16/09 Confer with client.  Confer with J. Kuehl.

04/23/09 Correspond with client.  Confer with J. Kuehl and
         M. LaPuzza re: District financing.

04/27/09 Receive e-mail from and to accountant re:
         information on current Chairman and Clerk.

04/29/09 Coordinate staff training session, confer with J.
         Kuehl regarding June bond payment.  Research
         local rules regarding pleadings discussed.
         Confer with client.

05/08/09 Receive e-mail from and to Douglas County
         Election Commissioner's office re: verification
         of SID information.

05/26/09 Telephone conference with T. Teutsch re:
         election.

```
                                                          Page: 3
        S.I.D. #452, Douglas County                      09/04/09
                                          ACCOUNT NO. 11906-000X
                                                              107

        Country Club Plaza
```

06/02/09 Telephone conference with Justine @ Douglas
         County Election Commissioner's office re: passage
         of LB412 (ballots due on same day as election).

06/04/09 Telephone conference with M. Greco re: name
         change due to merger - now referred to as Unico
         Insurance Group d/b/a Greco Insurance Agency.
         E-mail to fiscal agent relaying same information.

06/10/09 Review file and correspondence from Election
         Commissioner regarding the 2009 Election of
         Trustees. Prepare memo concerning 2009 election
         matters.

06/17/09 Law Clerk - Look up law to make sure it is still
         current for M. LaPuzza.
         Confer with client.  Telephone conference with J.
         Kuehl.

06/22/09 Prepare list and labels of current Board for
         election applications.

07/01/09 Telephone conference with Election Commissioner's
         Office regarding list of property owners, ratios,
         and mailing labels.
         Prepare letter to all property owners of the
         District notifying them of the upcoming election
         and important dates relating to the election.

07/02/09 Prepare letter to trustees re: forwarding
         candidate filing form for election to office of
         trustee for the district.

07/07/09 Review Applications relating to the 2009 election
         of Trustees.  Run labels of property owners as
         provided by Election Commissioner's office.

07/08/09 Prepare applications for current trustees
         regarding election.
         Confer with client.

```
                                                     Page: 4
        S.I.D. #452, Douglas County                 09/04/09
                                           ACCOUNT NO. 11906-000X
                                                          107

        Country Club Plaza
```

07/09/09 Label, stuff and prepare mailing to all property
         owners in the district concerning trustee
         election.

07/16/09 Telephone conference with T. Teutsch re:
         election.

07/22/09 Organize and forward trustee applications for
         filing with Election Commission.

08/10/09 Confer with client.  Telephone conference with J.
         Kuehl.

08/19/09 Telephone conference with T. Teutsch re: budget
         meeting.  E-mail to Trustees confirming budget
         meeting.
         Receive e-mail from and to accountant re: warrant
         register.  Research file and forward same.

08/21/09 Prepare Notices to the City for both budget
         meetings.
         Receive e-mail from and to R. Riha @ Infinity
         forwarding certified valuation and schedule of
         budget meeting.

08/27/09 Draft Minutes to adopt budget, set property tax
         levy.

08/28/09 Receive e-mail from and to R. Riha @ Infinity re:
         budget notices.

08/31/09 Review budget notices from accountant and insert
         additional information for publication.
         Prepare Notice of Special Hearing to Set Final
         Tax Request and Notice of Budget Hearing and
         Budget Summary. Prepare correspondence to The
         Daily Record. Fax a copy of the letter and
         notices to The Daily Record. Telephone call to
         The Daily Record to confirm receipt of Notices.

         FOR CURRENT SERVICES RENDERED THRU 8/31/09          7,519.50

```
                                                        Page: 5
        S.I.D. #452, Douglas County                    09/04/09
                                           ACCOUNT NO. 11906-000X
                                                            107

        Country Club Plaza


12/22/08 Messenger Delivery Service                       15.00
12/29/08 Register of Deeds - Filing Fee                    5.00
12/29/08 Messenger Delivery Service                       15.00
12/30/08 Messenger Delivery Service                       15.00
12/30/08 Messenger Delivery Service                       15.00
12/31/08 Postage                                           3.27
12/31/08 Photocopies                                      12.40
01/28/09 Messenger Delivery Service                       15.00
02/27/09 Postage                                           4.92
03/31/09 Postage                                           1.85
04/30/09 L.D. Calls                                        2.02
07/17/09 Register of Deeds - Filing Fee                    0.50
07/20/09 Messenger Delivery Service                       15.00
07/31/09 Photocopies                                       2.40
07/31/09 Postage                                           2.64
08/31/09 Photocopies                                       2.80
                                                         ------
        TOTAL EXPENSES                                   127.80

        TOTAL CURRENT STATEMENT                        7,647.30


        BALANCE DUE                                   $7,647.30
                                                      ========
```

# OPPD
Omaha Public Power District

Page 2 of 2

ACCOUNT NUMBER: **4156600389**

0015225 **2**      1231

STATEMENT DATE   December 30, 2008

Amount Paid _____

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

| | |
|---|---|
| Net Amount Due Upon Receipt | $1,131.16 |
| Gross Amount Due After Jan 21, 2009 | $1,131.16 |

PO BOX 3995
OMAHA NE 68103-0995

01415660038920000011311600000113116200901210

Please return this portion with payment - Bring entire bill when making payment in the office

Customer Name:    SID 452 DOUGLAS
Service Location:   7200 S STATE ST,STLT
                         OMAHA NE
Account Number:   4156600389

For Bill Inquiries Call The
**Omaha** Office (402) 346-4636

---

Billing Period

| From | To |
|---|---|
| 11-25-2008 | 12-30-2008 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| **Method 66211 15 Lamps @ $17.87 per Lamp @ 35 Days** | 268.05 |
| Sales Tax | 14.74 |
| Total Current Bill | 282.79 |
| Account Status from Prior Bill | 848.37 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $1,131.16 |
| Bill Delinquent and Gross Amount Due After 01/21/09 | $1,131.16 |

SEE REVERSE SIDE

# OPPD
Omaha Public Power District

Page 2  of  2

**ACCOUNT NUMBER: 4156600389**
0014712  2    0129

| | |
|---|---|
| STATEMENT DATE | January 29, 2009 |

Amount Paid _____

| Net Amount Due Upon Receipt | $1,429.36 |
|---|---|
| Gross Amount Due After Feb 19, 2009 | $1,429.36 |

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

01415660038920000014293600000142936200902195

Please return this portion with payment – Bring entire bill when making payment in the office

Customer Name:       SID 452 DOUGLAS
Service Location:    7200 S STATE ST,STLT
                     OMAHA NE
Account Number:      4156600389

For Bill Inquiries Call The
**Omaha Office (402) 346-4636**

## Billing Period

| From | To |
|---|---|
| 12-30-2008 | 1-29-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 1 Days | 8.94 |
| Method 66211 15 Lamps @ $17.87 per Lamp @ 29 Days | 259.12 |
| Fuel & Transportation Cost Adjust. | 14.59 |
| Sales Tax | 15.55 |
| Total Current Bill | 298.20 |
| Account Status from Prior Bill | 1,131.16 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $1,429.36 |
| Bill Delinquent and Gross Amount Due After 02/19/09 | $1,429.36 |

SEE REVERSE SIDE

## OPPD
Omaha Public Power District

**Page 2 of 2**

ACCOUNT NUMBER: **4156600389**

0014747  2    0226

STATEMENT DATE    February 26, 2009

Amount Paid

| | |
|---|---|
| Net Amount Due Upon Receipt | **$876.98** |
| Gross Amount Due After Mar 18, 2009 | **$876.98** |

lllludulmllmllhlallallullullnllallullnllululul

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

01415660038920000008769800000087698200903183
Please return this portion with payment – Bring entire bill when making payment in the office

| | |
|---|---|
| Customer Name: | SID 452 DOUGLAS |
| Service Location: | 7200 S STATE ST,STLT |
| | OMAHA NE |
| Account Number: | 4156600389 |

For Bill Inquiries Call The
**Omaha Office (402) 346-4636**

### Billing Period

| From | To |
|---|---|
| 1-29-2009 | 2-26-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 28 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 12.51 |
| Sales Tax | 15.43 |
| Total Current Bill | 295.99 |
| Account Status from Prior Bill | 1,429.36 |
| Payments Received | 848.37 CR |
| Net Amount Due Upon Receipt | $876.98 |
| Bill Delinquent and Gross Amount Due After 03/18/09 | $876.98 |

OPPD
Omaha Public Power District

SEE REVERSE SIDE

**OPPD**
Omaha Public Power District

Page 2 of 2

ACCOUNT NUMBER: **4156600389**

0014660 **2** 0330

STATEMENT DATE        March 30, 2009

Amount Paid

| | |
|---|---|
| Net Amount Due Upon Receipt | $1,172.97 |
| Gross Amount Due After Apr 17, 2009 | $1,172.97 |

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

0141566003892000001172970000011729720090417B

Please return this portion with payment – Bring entire bill when making payment in the office

Customer Name:     SID 452 DOUGLAS
Service Location:   7200 S STATE ST,STLT
                    OMAHA NE
Account Number:     4156600389

For Bill Inquiries Call The
**Omaha** Office (402) 346-4636

## Billing Period

| From | To |
|---|---|
| 2-26-2009 | 3-30-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 32 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 12.51 |
| Sales Tax | 15.43 |
| Total Current Bill | 295.99 |
| Account Status from Prior Bill | 876.98 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $1,172.97 |
| Bill Delinquent and Gross Amount Due After 04/17/09 | $1,172.97 |

SEE REVERSE SIDE

**OPPD**
Omaha Public Power District

Page 2 of 2

ACCOUNT NUMBER: **4156600389**

0014712  **2**    0429

STATEMENT DATE          April 29, 2009

Amount Paid _____

| Net Amount Due Upon Receipt | $1,467.06 |
|---|---|
| Gross Amount Due After May 19, 2009 | $1,467.06 |

||I||I||I||I||II||I||I||I||I||II||I||I||I||I||I||I||I||I||I||I|

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

0141566003892000001467060000014670620090519O

Please return this portion with payment - Bring entire bill when making payment in the office

Customer Name:      SID 452 DOUGLAS
Service Location:    7200 S STATE ST,STLT
                     OMAHA NE
Account Number:      4156600389

For Bill Inquiries Call The
Omaha Office (402) 346-4636

---

Billing Period

| From | To |
|---|---|
| 3-30-2009 | 4-29-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 30 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 10.71 |
| Sales Tax | 15.33 |
| Total Current Bill | 294.09 |
| Account Status from Prior Bill | 1,172.97 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $1,467.06 |
| Bill Delinquent and Gross Amount Due After 05/19/09 | $1,467.06 |

SEE REVERSE SIDE

# OPPD
Omaha Public Power District

ACCOUNT NUMBER: **4156600389**
0014738 2    0528

| | |
|---|---|
| STATEMENT DATE | May 28, 2009 |

Page 2 of 2

Amount Paid _____

Net Amount Due
Upon Receipt      **$1,760.33**

Gross Amount Due
After Jun 17, 2009    **$1,760.33**

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

01415660038920000017603300000176033200906175
Please return this portion with payment – Bring entire bill when making payment in the office

Customer Name:   SID 452 DOUGLAS
Service Location:  7200 S STATE ST,STLT
                   OMAHA NE
Account Number:   4156600389

For Bill Inquiries Call The
Omaha Office (402) 346-4636

### Billing Period
| From | To |
|---|---|
| 4-29-2009 | 5-28-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 29 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 9.93 |
| Sales Tax | 15.29 |
| Total Current Bill | 293.27 |
| Account Status from Prior Bill | 1,467.06 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $1,760.33 |
| Bill Delinquent and Gross Amount Due After 06/17/09 | $1,760.33 |

SEE REVERSE SIDE

**OPPD**
Omaha Public Power District

Page 2 of 2

ACCOUNT NUMBER: **4156600389**

0014708  2   0629

STATEMENT DATE          June 29, 2009

Amount Paid _____

| Net Amount Due Upon Receipt | $2,052.51 |
|---|---|
| Gross Amount Due After Jul 20, 2009 | $2,052.51 |

|ı|ılıl.ıd.ı.ıllı.ıllıl.ılılılıl.ıllılılılılı|

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

0141566003892000002052510000020525120090720 2

Please return this portion with payment – Bring entire bill when making payment in the office

Customer Name:       SID 452 DOUGLAS
Service Location:    7200 S STATE ST,STLT
                     OMAHA NE
Account Number:      4156600389

For Bill Inquiries Call The
Omaha Office (402) 346-4636

### Billing Period

| From | To |
|---|---|
| 5-28-2009 | 6-29-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 32 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 8.90 |
| Sales Tax | 15.23 |
| Total Current Bill | 292.18 |
| Account Status from Prior Bill | 1,760.33 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $2,052.51 |
| Bill Delinquent and Gross Amount Due After 07/20/09 | $2,052.51 |

SEE REVERSE SIDE

**OPPD**
Omaha Public Power District

Page 2  of 2

ACCOUNT NUMBER: 4156600389

STATEMENT DATE        July 30, 2009

0004653  2       0731

Amount Paid _____

Net Amount Due
Upon Receipt                    $2,345.38

հիՈւիւժոււ,ԱԱԱ,Ա,Ա,Ա,Ա,Ա,Ա,Ա,Ա,Ա,

Gross Amount Due
After Aug 19, 2009            $2,345.38

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

PO BOX 3995
OMAHA NE 68103-0995

01415660038920000023453800000234538200908192

Please return this portion with payment – Bring entire bill when making payment in the office

Customer Name:     SID 452 DOUGLAS
Service Location:  7200 S STATE ST,STLT
                   OMAHA NE
Account Number:    4156600389

For Bill Inquiries Call The
Omaha Office (402) 346-4636

| Billing Period | | |
|---|---|---|
| From | To | |
| 6-29-2009 | 7-30-2009 | |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 31 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 9.55 |
| Sales Tax | 15.27 |
| Total Current Bill | 292.87 |
| Account Status from Prior Bill | 2,052.51 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $2,345.38 |
| Bill Delinquent and
Gross Amount Due After 08/19/09 | $2,345.38 |

SEE REVERSE SIDE

# OPPD
Omaha Public Power District

Page 2 of 2

ACCOUNT NUMBER: **4156600389**

0014742  **2**    0828

STATEMENT DATE     August 28, 2009

Amount Paid _____

Net Amount Due
Upon Receipt          **$2,639.33**

Gross Amount Due
After Sep 18, 2009    **$2,639.33**

ldldlldllllllllllllllllllllllllllllllll

SID 452 DOUGLAS CO
%DENNY HOGAN/GAINES,PANSING & HOGN
10250 REGENCY CIR STE 300
OMAHA NE  68114-3728

**PO BOX 3995**
**OMAHA NE 68103-0995**

0141566003892000002639330000026393320090918q
Please return this portion with payment - Bring entire bill when making payment in the office

| | |
|---|---|
| Customer Name: | SID 452 DOUGLAS |
| Service Location: | 7200 S STATE ST,STLT OMAHA NE |
| Account Number: | 4156600389 |

**For Bill Inquiries Call The**
**Omaha Office (402) 346-4636**

## Billing Period

| From | To |
|---|---|
| 7-30-2009 | 8-28-2009 |

| Method No. Count of Lamps @ Price per Lamp | Amount |
|---|---|
| Method 66211 15 Lamps @ $17.87 per Lamp @ 29 Days | 268.05 |
| Fuel & Transportation Cost Adjust. | 10.58 |
| Sales Tax | 15.32 |
| Total Current Bill | 293.95 |
| Account Status from Prior Bill | 2,345.38 |
| Payments Received | 0.00 |
| Net Amount Due Upon Receipt | $2,639.33 |
| Bill Delinquent and Gross Amount Due After 09/18/09 | $2,639.33 |

SEE REVERSE SIDE